UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00225-SPG-SP | Date | February 3, 2026 |
| Title | Vansh Kamboj v. Warden, Adelanto ICE Processing Center, et al. | | |

Present: The Honorable   SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [ECF NO. 6]**

The Court is in receipt of Petitioner's Motion for a Temporary Restraining Order. (ECF No. 6). The Court sets a hearing on the requested Temporary Restraining Order for Wednesday, February 11, 2026, at 10:30 a.m. Respondents are ordered to file their response, if any, no later than Thursday, February 5, at 5:00 p.m. Petitioner may file a reply, if any, no later than Monday, February 9, at 5:00 p.m.

**IT IS SO ORDERED.**

_____  :  _____

Initials of Preparer   pg